STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Perry Roger Staub, Jr.
Taggart, Morton
1100 Poydras, Suite 2100
New Orleans LA 70163-2100

Mark Edward Van Horn
Taggart, Morton
1100 Poydras St., #2100
New Orleans LA 70163-2100

James R. Nieset
Plauche, Smith, & Nieset
P.O. Drawer 1705
Lake Charles LA 70602


**REHEARING ACTION: August 25, 2010**


**Docket Number: 09   01498-CA**

**CLARK GUNDERSON, M.D., ET AL.**
**VERSUS**
**F. A. RICHARD & ASSOCIATES, INC., ET AL.**

**Appealed from Calcasieu Parish Case No. 2004-2417**


**BEFORE JUDGES**:

> **Hon. Sylvia R. Cooks**
> **Hon. Billy Howard Ezell**
> **Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **First Health Group Corp.** has this day been

> **DENIED.**
> Cooks, J., assigns written reasons.


cc: William Boyce Monk, Counsel for the Appellee
    Thomas Allen Filo, Counsel for the Appellee
    Arthur M. Murray, Counsel for the Appellee
    Edward Paige Sensenbrenner, Counsel for the Appellee
    Theodore Robert Scarborough, Counsel for the Appellee
    Todd Alexander Rossi, Counsel for the Appellant
    Michael D. Kendall, Counsel for the Appellant
    David W. O'Quinn, Counsel for the Appellant
    John Emerson Galloway, Counsel for the Appellee
    Janice Bertucci Unland, Counsel for the Appellee
    Stephen Winston Glusman, Amicus Counsel

**COOKS, J. ON REHEARING**

I have examined the record again. After re-checking the record there is nothing in it suggesting that the Order of Appeal was signed before the Summary Judgment was signed by the trial court. Defendant's brief acknowledges in footnote 10 that there is no way to determine from this record the order in which the trial court signed the Order of Appeal and the Summary Judgment. *See also* La. C.C.P. art 2088(A)(7).